AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vance, Sarah S. | United States District Court | 07/29/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

500 Poydras Street
Room C-255
New Orleans, Louisiana 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Tulane Admiralty Law Institute -- National Advisory Board |
| 2. | Board Member | Tulane Law School -- Dean's Advisory Board |
| 3. | Council Member | American Law Institute |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/29/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Jones Walker LLP - income from law practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law School | April 25-27, 2018 | Atlanta, GA | Mass Tort Program | Travel, lodging, meals |
| 2. | American Law Institute | October 16-19, 2018 | New York, NY | Audit Committee and Council Meeting | Travel, lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/29/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Vance, Sarah S. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRRA #2, Rollover Merrill Lynch (H): | | | | | | | | | |
| 2. --Bank of America, NA Rasp / Cash | A | Dividend | J | T | | | | | |
| 3. --iShares MSCI EAFE Index (EFA) | B | Dividend | | | Sold | 01/30/18 | L | E | |
| 4. --iShares iBoxx $ Invt Grade Corp BD Fund (LQD) | A | Dividend | K | T | Buy (add'l) | 01/30/18 | J | | |
| 5. --iShares Barclays TIPS BO Protected SECS FD (TIP) | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 6. --iShares Barclays 3-7 YEAR TRSY BD FD (IEI) | A | Dividend | K | T | Buy (add'l) | 01/30/18 | J | | |
| 7. --iShares Barclays MBS BON Fund (MBB) | B | Dividend | K | T | Buy (add'l) | 01/30/18 | J | | |
| 8. --Vanguard Small Cap Value ETF (VBR) | A | Dividend | K | T | Sold (part) | 01/30/18 | J | A | |
| 9. --Vanguard Small CAP Growth ETF (VBK) | A | Dividend | J | T | Sold (part) | 01/30/18 | J | A | |
| 10. --Vanguard Value ETF (VTV) | C | Dividend | M | T | Sold (part) | 01/30/18 | J | A | |
| 11. ----Vanguard Growth ETF (VUG) | B | Dividend | L | T | Sold (part) | 01/30/18 | J | A | |
| 12. --Vanguard Intermediate Term Bond ETF (BIV) | B | Dividend | L | T | Buy (add'l) | 01/30/18 | J | | |
| 13. --Vanguard Short Term Bond (BSV) | A | Dividend | K | T | Buy (add'l) | 01/30/18 | J | | |
| 14. --Vaneck Vectors J..P (EMLC) (name change) | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 15. --Invesco Emerging Markets (PCY) (name change) | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 16. --Invesco Preferred ETF (PGX) (name change) | A | Dividend | J | T | | | | | |
| 17. --iShares iBoxx $ High Yiel (HYG) | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --iShares INC CORE MSCI (IEMG) | A | Dividend | K | T | Buy (add'l) | 01/30/18 | J | | |
| 19. | | | | | Sold (part) | 01/30/18 | J | A | |
| 20. --iShares TR CORE MSCI EAF (IEFA) | C | Dividend | L | T | Buy | 01/30/18 | L | | |
| 21. | | | | | | | | | |
| 22. IRA #3, Merrill Lynch New Orleans (H): | | | | | | | | | |
| 23. --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 24. --Bank of America, NA Rasp / Cash | A | Dividend | K | T | | | | | |
| 25. --iShares MSCI EAFE Index Fund (EFA) | C | Dividend | | | Sold | 01/30/18 | M | E | |
| 26. --iShares iBoxx $ INVT Grade Corp BD Fund (LQD) | B | Dividend | K | T | Buy (add'l) | 01/30/18 | J | | |
| 27. --ishares Barclays TIPS BO Protected SECS FD (TIP) | A | Dividend | K | T | Buy (add'l) | 01/30/18 | J | | |
| 28. --iShares Barclays 3-7 YEA TRSY BD FD (IEI) | A | Dividend | K | T | Buy (add'l) | 01/30/18 | J | | |
| 29. --iShares Barclays MBS BON Fund (MBB) | B | Dividend | L | T | Buy (add'l) | 01/30/18 | J | | |
| 30. --Vanguard Small Cap Value ETF (VBR) | A | Dividend | K | T | Sold (part) | 01/30/18 | J | B | |
| 31. --Vanguard Small Cap Growth ETF (VBK) | A | Dividend | K | T | Sold (part) | 01/30/18 | J | A | |
| 32. --Vanguard Value ETF (VTV) | E | Dividend | M | T | Sold (part) | 01/30/18 | K | E | |
| 33. --Vanguard Growth ETF (VUG) | B | Dividend | M | T | Sold (part) | 01/30/18 | K | E | |
| 34. --Vanguard Intermediate Term Bond ETF (BIV) | C | Dividend | M | T | Buy (add'l) | 01/30/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --Vanguard Short Term Bond (BSV) | B | Dividend | L | T | Buy (add'l) | 01/30/18 | J | | |
| 36. --Vaneck Vectors JP (EMLC) | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 37. --iShares iBoxx $ High Yield (HYG) | A | Dividend | J | T | | | | | |
| 38. --Invesco Emerging Markets (PCY) (name change) | B | Dividend | K | T | Buy (add'l) | 01/30/18 | J | | |
| 39. --Invesco Preferred ETF (PGX) (name change) | A | Dividend | J | T | | | | | |
| 40. --iShares INC CORE MSCI (IEMG) | B | Dividend | L | T | Sold (part) | 01/30/18 | J | A | |
| 41. --iShares TR Core MSCI EFT (IEFA) | D | Dividend | M | T | Buy | 01/30/18 | M | | |
| 42. | | | | | | | | | |
| 43. Profit Sharing Retirement Plan - Fidelity Invest. Account (H) | | | | | | | | | |
| 44. --Ret Gov't (Money Market Fund) | A | Dividend | | | Sold | 01/01/18 | J | A | |
| 45. --Fidelity Growth Company K (FGCKX) | E | Dividend | N | T | Buy (add'l) | 06/01/18 | J | | |
| 46. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 47. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 48. --Fidelity US Bond Index Institutional Fund (FXSTX) | C | Dividend | | | Buy (add'l) | 06/01/18 | J | | |
| 49. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 50. | | | | | Sold | 11/30/18 | N | A | |
| 51. --Fidelity Cash Reserves (FDRXX) | A | Int./Div. | K | T | Buy (add'l) | 04/30/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/30/18 | J | | |
| 53. | | | | | Buy (add'l) | 08/30/18 | J | | |
| 54. | | | | | Buy (add'l) | 12/30/18 | J | | |
| 55. --Pimco Income Fund CL A (PONAX) (Conversion - new fund name) | E | Dividend | N | T | | | | | |
| 56. --Conestoga Small Cap IS (CCALX) | B | Dividend | M | T | Buy (add'l) | 06/01/18 | J | | |
| 57. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 58. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 59. --Goldman Sachs Small Value Int (GSSIX) | E | Dividend | M | T | Buy (add'l) | 06/01/18 | J | | |
| 60. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 61. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 62. --Fidelity Emerging Markets (FKEMX) | A | Dividend | L | T | Buy (add'l) | 06/01/18 | J | | |
| 63. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 64. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 65. --Invesco Diversified Income Fund (DDFIX) | E | Dividend | N | T | Buy (add'l) | 06/01/18 | J | | |
| 66. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 67. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 68. --Oakmark Int Investor CL (OAKIX) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --PIMCO Mortgage Opportunities CL 1 (PMZIX) | D | Dividend | M | T | | | | | |
| 70. --Fidelity Investments Money Market Gov't Portfolio - Class I (FIGXX) | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 71. --Fidelity US Bond Index (FXNAX) | B | Dividend | N | T | Buy | 11/30/18 | N | | |
| 72. | | | | | | | | | |
| 73. Cash Management Account, Merrill Lynch (H): | | | | | | | | | |
| 74. --Merrill Lynch Cash Equivalent Account | A | Interest | J | T | | | | | |
| 75. --iShares MSCI Eafe (EFA) | B | Dividend | | | Sold | 01/30/18 | J | A | |
| 76. --iShares iBoxx$ (LQD) | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 77. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 78. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 79. --iShares Tips (TIP) | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 80. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 81. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 82. --iShares 3-7 Year (IEI) | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 83. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 84. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 85. --iShares MBS ETF (MBB) | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 87. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 88. --iShares iBoxx$ High Yield (HYG) | A | Dividend | J | T | Buy (add'l) | 06/07/18 | J | | |
| 89. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 90. --iShares Inc Core MSCI (IEMG) | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 91. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 92. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 93. --Invesco Emerging Markets (PCY) (name change) | A | Dividend | J | T | Buy (add'l) | 06/07/18 | J | | |
| 94. --Invesco Preferred ETF (PGX) | A | Dividend | J | T | Buy (add'l) | 06/07/18 | J | | |
| 95. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 96. --Vaneck Vectors J.P. (EMLC) | A | Dividend | J | T | Buy (add'l) | 06/07/18 | J | | |
| 97. --Vanguard Small Cap Value (VBR) | A | Dividend | J | T | Sold (part) | 01/30/18 | J | A | |
| 98. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 99. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 100. --Vanguard Small Cap (VBK) | A | Dividend | J | T | Sold (part) | 01/30/18 | J | A | |
| 101. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 102. | | | | | Buy (add'l) | 11/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Vanguard Value ETF (VTV) | A | Dividend | K | T | Sold (part) | 01/30/18 | J | A | |
| 104. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 105. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 106. --Vanguard Growth ETF (VUG) | A | Dividend | K | T | Buy (add'l) | 01/30/18 | J | | |
| 107. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 108. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 109. --Vanguard Intermediate (BIV) | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 110. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 111. --Vanguard Short Term Bond (BSV) | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 112. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 113. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 114. --iShares TR Core MSCI EAF (IEFA) | A | Dividend | K | T | Buy | 01/30/18 | J | | |
| 115. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 116. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 117. | | | | | | | | | |
| 118. Checking and Money Market Accounts, J.P. Morgan | A | Interest | M | T | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Judicial & Justice Federal Credit Union | A | Interest | J | T | | | | | |
| 121. | | | | | | | | | |
| 122. Merrill Lynch: (H): | | | | | | | | | |
| 123. --iShares INC Core MSCI Emerging MKTS ETF (IEMG) | B | Dividend | K | T | Sold (part) | 01/30/18 | J | A | |
| 124. --Vanguard Small Cap Growth ETF (VBK) | A | Dividend | J | T | Sold (part) | 01/30/18 | J | A | |
| 125. --Vanguard Value ETF (VTV) | C | Dividend | M | T | Sold (part) | 01/30/18 | J | B | |
| 126. --Vanguard Growth ETF (VUG) | A | Dividend | L | T | Sold (part) | 01/30/18 | J | B | |
| 127. | | | | | Buy (add'l) | 08/21/18 | J | | |
| 128. --Vanguard Intermediate Term Bond ETF (BIV) | B | Dividend | L | T | Buy (add'l) | 01/30/18 | J | | |
| 129. --Vanguard Short Term Bond (BSV) | A | Dividend | K | T | Buy (add'l) | 01/30/18 | J | | |
| 130. --Vaneck Vectors JP (EMLC) | A | Dividend | J | T | | | | | |
| 131. --Invesco Emerging Markets (PCY) (name change) | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 132. --Invesco Preferred ETF (PGX) (name change) | A | Dividend | J | T | | | | | |
| 133. --Vanguard Small Cap value ETF (VBR) | A | Dividend | K | T | Sold (part) | 01/30/18 | J | A | |
| 134. --iShares MSCI EAFE (EFA) | B | Dividend | | | Sold | 01/30/18 | L | A | |
| 135. --iShares iBoxx $ IVT Grade CORP BD (LQD) | A | Dividend | K | T | Buy (add'l) | 01/30/18 | J | | |
| 136. --iShares iBoxx $ High Yield (HYG) | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --iShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 138. --iShares 3-7 Year treasury Bond ETF (IEI) | A | Dividend | K | T | Buy (add'l) | 01/30/18 | J | | |
| 139. --iShares MBS ETF (MBB) | B | Dividend | K | T | Buy (add'l) | 01/30/18 | J | | |
| 140. --ML Bank Deposit Program | A | Dividend | J | T | | | | | |
| 141. --iShares TR Core MSCI EAF (IEFA) | C | Dividend | L | T | Buy | 01/30/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah S. Vance**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544